MOEN, Respondent, vs. MADISON RAILWAYS COMPANY, Appellant.

*May 1—June 4, 1929.*

For the appellant there was a brief by *Schubring, Ryan, Clarke & Petersen* of Madison, and oral argument by *William Ryan.*

For the respondent there was a brief by *Hill, Thomann & Beckwith,* and oral argument by *John T. Harrington,* all of Madison.

PER CURIAM. This case is ruled by the case of *Moen v. Madison Railways Co.,* decided herewith (*ante,* p. 168, 225 N. W. 822). Order reversed, with directions to sustain the demurrer to the complaint. No costs, except clerk's fees, to be taxed against respondent.